PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 615-3735
    E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERSEY JOE BREEDLOVE-O'NEAL II,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:24-cv-00398-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

    Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-day extension of time to respond to Plaintiff's Complaint in this case from May 13, 2024, up to and

Stip. For Ext; 2:24-cv-00398-JDP    -1-

including June 12, 2024. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by May 13, 2024. Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to June 12, 2024 (30 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until June 12, 2024, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
| | Respectfully submitted, |
| DATE: May 13, 2024 | Weems Law Offices |
| | */s/ Robert Weems\** <br> ROBERT WEEMS <br> Attorney for Plaintiff <br> (*as authorized via email on May 9, 2024) |
| | PHILLIP A. TALBERT <br> United States Attorney |
| | MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| DATE: May 13, 2024     By | *s/ Justin L. Martin* <br> JUSTIN L. MARTIN <br> Special Assistant United States Attorney |
| | Attorneys for Defendant |

ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   May 13, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE