PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JERSEY BREEDLOVE-O'NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00398-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Plaintiff's motion for summary judgment, ECF No. 16, is denied as moot.

Date: <u>August 26, 2024</u>     WEEMS LAW OFFICE

By:   <u>/s/ Robert C. Weems*</u>
      ROBERT C. WEEMS
      *Authorized by email on July 26, 2024*
      Attorneys for Plaintiff

Date: <u>August 26, 2024</u>     PHILIP A. TALBERT
      United States Attorney
      Eastern District of California

By:   <u>/s/ Caspar Chan</u>
      CASPAR CHAN
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED

IT IS SO ORDERED.

Dated:   August 26, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE